UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIDIEN CORPORATION,

     Plaintiff,

v.                                                              CASE NO: 8:05-cv-1585-T-23TGW

ANTISEPTICA USA, LLC, et al,

     Defendants.

_____/

## <u>ORDER</u>

     The court is advised of settlement in this case (Doc. 20).  Accordingly, pursuant to Local Rule  3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause.  The Clerk is directed to (1) terminate any pending motion and (2) close the case.

     ORDERED in Tampa, Florida, on August 31, 2006.

**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**

cc:   US Magistrate Judge
      Courtroom Deputy