**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**VERIDIEN CORPORATION, a Florida
  corporation,**

       **Plaintiff**

v                                        **Case No.: 8:05-CV-1585-T23**

**LAURA BURBA, an individual and
  ANTISEPTICA U.S.A., INC., a
  Michigan corporation,**

       **Defendants.**

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff VERIDIEN CORPORATION and Defendants LAURA BURBA and ANTISEPTICA U.S.A., INC., hereby dismiss this action including all claims and counterclaims with prejudice.

Dated this 17th day of October, 2006.

                                                  Respectfully submitted,

                                                  /Arthur W. Fisher, III/
                                                  Florida Bar No: 133689
                                                  Arthur W. Fisher, III P.A.
                                                  5553 W Waters Avenue, Ste 316
                                                  Tampa, Florida  33634
                                                  Phone:      (813) 885-2006
                                                  Fax:        (813) 888-6275
                                                  weese_fisher@msn.com

                                                  *Attorney for Plaintiff*

and

/Carolyn M. Salzmann/
Florida Bar No. 497118
AKERMAN SENTERFITT
255 S. Orange Avenue, 17th Floor
Orlando, Florida  32801
Phone No.  (407) 419-8467
carolyn.salzmann@akerman.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 17, 2006, I electronically filed a true and complete copy of **Stipulation of Dismissal** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Carolyn M. Salzmann, Esq.
AKERMAN SENTERFITT
255 S Orange Avenue, 17th Floor
Orlando, Florida  32801

Alan N. Harris, Esq.
BODMAN LLP
110 Miller, Ste 300
Ann Arbor, MI  48104

*Attorneys for Defendants*

on this 17th day of October, 2006.

/s/Arthur W. Fisher, III