UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERIDEN CORPORATION,

    Plaintiff,

v.                                                     CASE NO: 8:05-cv-1585-T-23TGW

LAURA BURBA, et al.,

    Defendants.
_____/

## **ORDER**

The parties' stipulation of dismissal with prejudice (Doc. 22) is **APPROVED**. Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, this action (including all claims and counterclaims) is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on October 18, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE